DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

ARMONIQUE JOSEPH, as personal representative of
the Estate of Arrios Ouanelus, deceased,

Appellant,

v.

DR. ANDREW LOYD,

Appellee.

No. 2D2023-2638
_____

August 16, 2024

Appeal from the Circuit Court for Sarasota County; Charles E. Williams, Judge.

Babette Joseph, Savage, Maryland, for Appellant.

Kenneth L. Williams, Orlando, for Appellee.


PER CURIAM.

Affirmed. *See Gettinger v. Gettinger*, 165 So. 2d 757, 757 (Fla. 1964); *BankAtlantic v. Est. of Glatzer*, 61 So. 3d 1222, 1223 (Fla. 3d DCA 2011).

ROTHSTEIN-YOUAKIM, SMITH, and LABRIT, JJ., Concur.
_____

Opinion subject to revision prior to official publication.